| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 99 CR 885 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 4:04CR40025 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| AGYEKUM, Frank<br>583 Southridge Street, 2nd Floor<br>Worcester, MA 01610 | SOUTHERN DISTRICT OF NEW YORK | U.S. Probation |
| | NAME OF SENTENCING JUDGE<br>HONORABLE Robert W. Sweet | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM July 9, 2004 — TO July 8, 2008 |

OFFENSE

Distribution and Possession with Intent to Distribute Heroin in violation of 21 USC 812 and 841.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_10-4-04_                                 _Sweet_
Date                                       United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Massachusetts

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Oct 29, 2004_                             _William G. Young_
Effective Date                             United States District Judge