UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
U.S. COURTHOUSE
FOLEY SQUARE, NEW YORK, NEW YORK 10007

Re: United States of America
vs.

Frank Agyekum

Docket No. 99 CR 885

Dear Clerk:

Pursuant to the Transfer of Jurisdiction, entered in this cause, enclosed herewith, are the following documents:

(1) Certified copy of Transfer of Jurisdiction.
(2) Certified copy of Judgment and Order of Probation.
(3) Certified copy of Information and Waiver of Indictment.

Your acknowledgment of receipt of the above documents on the copy of this letter will be appreciated.

Sincerely,

J. MICHAEL McMAHON,    CLERK

BY _____
        DEPUTY CLERK

Certified Mail# 8467 3464 5186

---

RECEIPT IS ACKNOWLEDGED OF THE DOCUMENTS DESCRIBED HEREIN:

ASSIGNED CASE NO: 4:04CR40025           Clerk, U.S. District Court

DATE: 12-2-04                            By: _____
                                              Deputy Clerk

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 99 CR 885 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | U.S. DISTRICT COURT FILED NOV 16 2004 S.D. OF N.Y. | DOCKET NUMBER *(Rec. Court)* 4:04CR40025 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: AGYEKUM, Frank 583 Southridge Street, 2nd Floor Worcester, MA 01610 | DISTRICT SOUTHERN DISTRICT OF NEW YORK | DIVISION U.S. Probation |
|---|---|---|
| | NAME OF SENTENCING JUDGE HONORABLE Robert W. Sweet | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM July 9, 2004 — TO July 8, 2008 |

OFFENSE

Distribution and Possession with Intent to Distribute Heroin in violation of 21 USC 812 and 841.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_10-4-04_                                           _Sweet_
Date                                                 United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Massachusetts

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Oct 29, 2004_                                      _William G. Young_
Effective Date                                       United States District Judge