Doc #14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,         :

     - v.-                        :

FRANK AGYEKUM,                    :   99 Cr.
    a/k/a "Frank Jones,"
    a/k/a "Frank Agykeum-Boaten," :
    a/k/a "Lawrence Agyekum,"
    a/k/a "Frank Boateng,"        :

          Defendant.          :   **99 CRIM. 885**

------------------------------------x



      FRANK AGYEKUM, a/k/a "Frank Jones," a/k/a "Frank Agykeum-Boaten," a/k/a "Lawrence Agyekum," a/k/a "Frank Boateng," the above-named defendant, who is accused of violating Title 21, United States Code, Section 841(b)(1)(B), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

MICROFILM -12:00 PM
SEP 10 1999

                          _____
                                  Defendant

                          _____
                                  Witness

                          _____
                              Counsel for Defendant

Date:     New York, New York
           August __, 1999

0293

Doc #15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------

UNITED STATES OF AMERICA,

    - v. -                                   :     INFORMATION

FRANK AGYEKUM,                                :     99 Cr.
    a/k/a "Frank Jones,"
    a/k/a "Frank Agykeum-Boaten,"     :
    a/k/a "Lawrence Agyekum,"
    a/k/a "Frank Boateng,"                :

              Defendant.           :   **99 CRIM. 885**
------------------------------x

## COUNT ONE

The United States Attorney charges:

1. On or about June 9, 1999, in the Southern District of New York and elsewhere, FRANK AGYEKUM, a/k/a "Frank Jones," a/k/a "Frank Agykeum-Boaten," a/k/a "Lawrence Agyekum," a/k/a "Frank Boateng," the defendant, unlawfully, intentionally and knowingly distributed and possessed with intent to distribute a controlled substance, to wit, approximately 545 grams of mixtures and substances containing a detectable amount of heroin.

(Title 21, United States Code, Section 841(b)(1)(B).)

MARY JO WHITE
United States Attorney

MICROFILM
SEP 10 1999 -12:00 PM

(4) not illegally possess a controlled substance; and (5) not possess a firearm or destructive device.

The defendant is to report to the nearest probation office within 72 hours of his release from custody. Supervision shall be by the district of his residence. In accordance with the recommendation of the Probation Office, no fine shall be imposed but the defendant shall pay to the United States the mandatory special assessment of $100 which shall be due immediately.

It is so ordered.

New York, N.Y.
July /2/ 2000

ROBERT W. SWEET
U.S.D.J.