CLOSED

# New York Southern District
## Southern District of New York (Foley Square)
## CRIMINAL DOCKET FOR CASE #: 1:99-cr-00885-RWS-ALL
## Internal Use Only

Case title: USA v. Agyekum
Magistrate judge case number: 1:99-mj-01034

Date Filed: 09/09/1999

Assigned to: Judge Robert W. Sweet

**Defendant**

---

**Frank Agyekum** (1)
*TERMINATED: 06/22/2000*
aka
"Frank Jones,"
aka
"Frank Adjekum,"
aka
Frank," "Agykem-Boaten
aka
"Lawrence Agyekem,"
aka
"Frank Boateng,"

represented by **George Vallario, Jr.**
Rosenthal, Vallario, Leventhal & Coffinas
16 Court Street
Brooklyn, NY 11241
(718) 855-2600
*TERMINATED: 06/22/2000*
*LEAD ATTORNEY*
*Designation: Retained*

**George H. Vallario**
Rosenthal, Vallario & Coffinas
16 Court Street
Brooklyn, NY 11241
(718) 855-2600
*TERMINATED: 06/22/2000*
*LEAD ATTORNEY*
*Designation: Retained*

**John Byrnes**
Federal Defender Services Unit
Legal Aid Society
52 Duane Street
9th Floor
New York, NY 10007

(212) 417-8735
*TERMINATED: 06/22/2000*
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

## Pending Counts

------------------

21:841B=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE-21:841(b)(1)(B)
Distributed and possessed with intent to distribute heroin.
(1)

## Disposition

---------------

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of 70 months. Upon release from imprisonment, the defendant shall be on supervised release for a term of 4 years.

## Highest Offense Level (Opening)

---------------------------------

Felony

## Terminated Counts

-------------------

None

## Disposition

---------------

## Highest Offense Level (Terminated)

---

None

## Complaints

-----------

## Disposition

---------------

| | | |
|---|---|---|
| | | Agyekum held AUSA Cheryl Krause present, Defense Attorneys George Vallario and Paul Madden Present; Frank Agyekum's hearing is adjourned to 6/17/99 at 3:30 and Lawrence Agyekum is detained by consent w/right to revisit [ 1:99-m -1034 ] (vb) (Entered: 06/15/1999) |
| 06/15/1999 | 7 | NOTICE of Appearance for Frank Agyekum by Attorney George H. Vallario [ 1:99-m -1034 ] (vb) (Entered: 06/15/1999) |
| 07/09/1999 | 9 | ORDER as to Frank Agyekum, Lawrence Agyekum, to Continue in Interests of Justice, continuance granted from 7/9/99 to 8/9/99. ( Signed by Magistrate Judge James Francis IV ); Copies mailed. [ 1:99-m -1034 ] (gq) (Entered: 07/12/1999) |
| 08/09/1999 | 12 | ORDER as to Frank Agyekum, Lawrence Agyekum, to Continue in Interests of Justice extended to 9/8/99 ( Signed by Magistrate Judge Henry B. Pitman ); Copies mailed. [ 1:99-m -1034 ] (vb) (Entered: 08/09/1999) |
| 09/09/1999 | 14 | WAIVER OF INDICTMENT by Frank Agyekum (rag) (Entered: 09/13/1999) |
| 09/09/1999 | 15 | INFORMATION - Felony as to Frank Agyekum (1) count(s) 1 (Preliminary Examination cancelled.) (rag) (Entered: 09/13/1999) |
| 09/09/1999 | | Arraignment as to Frank Agyekum held Frank Agyekum (1) count(s) 1 before Magistrate Judge Kevin Nathaniel Fox. Deft. present w/atty George Vallario. AUSA: Christopher Morvillo present. Deft. pleads not guilty. Deft. cont'd detained. Case assigned to Judge Sweet. (rag) Modified on 09/13/1999 (Entered: 09/13/1999) |
| 09/09/1999 | | PLEA entered by Frank Agyekum . Court accepts plea. Not Guilty: Frank Agyekum (1) count(s) 1 (rag) (Entered: 09/13/1999) |
| 09/09/1999 | | CASE Assigned to Judge Robert W. Sweet (rag) (Entered: 09/13/1999) |
| | | |

| | | |
|---|---|---|
| 09/09/1999 | | **Excludable XH start as to Frank Agyekum (rag) (Entered: 09/13/1999) |
| 09/09/1999 | 16 | NOTICE of Appearance for Frank Agyekum by Attorney George Vallario. (bw) (Entered: 09/13/1999) |
| 09/13/1999 | 13 | NOTICE of Appearance for Frank Agyekum by Attorney George Vallario Jr. (mr) (Entered: 09/13/1999) |
| 09/13/1999 | | Pre-Trial Conference as to Frank Agyekum held. Defendant present with attorney George Vallerio. AUSA Cheryl Krause present. Reporter Anne Nemeth present. PTC held. Next PTC 10-18-99 at 9:30 a.m. Time excluded from 9-13-99 to 10-18-99. Defendant continued detained. ( Held before Judge Sweet ) (bw) (Entered: 09/15/1999) |
| 09/13/1999 | | ORAL ORDER as to Frank Agyekum . SET pre-trial conference for 9:30 a.m. 10/18/99 for Frank Agyekum. ( Entered by Judge Robert W. Sweet ) (bw) (Entered: 09/15/1999) |
| 09/13/1999 | | **Excludable XH starts on 9/13/99 and stops on 9/13/99 as to Frank Agyekum. (bw) (Entered: 09/15/1999) |
| 10/19/1999 | | Change of Plea Hearing as to Frank Agyekum held. Deft present w/atty George Vallario. AUSA Cheryl Kreaus. Deft plead guilty to ct 1 indictment. PSI ord. Detention continued. Sentence date 2/7/00 at 10:00. Assigend to Sweet, J for all purposes. (before Magistrate Judge Ellis) (sl) (Entered: 10/19/1999) |
| 10/19/1999 | | Change of Not Guilty Plea to Guilty Plea by Frank Agyekum Frank Agyekum (1) count(s) 1 (sl) (Entered: 10/19/1999) |
| 10/19/1999 | | PLEA entered by Frank Agyekum . Court accepts plea. Guilty: Frank Agyekum (1) count(s) 1 (sl) (Entered: 10/19/1999) |
| 10/19/1999 | | Court Orders pre-sentence investigation as to Frank Agyekum (sl) (Entered: 10/19/1999) |

| | | |
|---|---|---|
| 10/19/1999 | 17 | CONSENT to Proceed Before A United States Magistrate Judge on a Felony Plea Allocution by Frank Agyekum. ( Accepted on 10/19/99 by Magistrate Judge Ronald L. Ellis ) (bw) (Entered: 10/20/1999) |
| 01/31/2000 | | ORAL ORDER as to Frank Agyekum , reset Sentencing for 9:30 2/10/00 for Frank Agyekum ( Entered by Judge Robert W. Sweet ) (sl) (Entered: 02/02/2000) |
| 02/02/2000 | | ORAL ORDER as to Frank Agyekum , Reset Sentencing for 4:00 2/16/00 for Frank Agyekum. The Court adjourned the sentence from 2/10/00 to 2/16/00 at 4 p.m. Parties are notified. Deft. cont'd detained. ( Entered by Judge Robert W. Sweet ) (rag) (Entered: 02/03/2000) |
| 02/16/2000 | 18 | SENTENCING OPINION # 83495 as to Frank Agyekum, sentenced to 46 months imprisonment followed by 4 years supervised release. Special assessment of $100. This sentence is subject to further hearing on 2/16/00 ( Signed by Judge Robert W. Sweet ); Copies mailed. (sl) (Entered: 02/16/2000) |
| 02/16/2000 | | ORAL ORDER as to Frank Agyekum . The Court adjourned the sentence pursuant to the Govt's letter dated 2/15/00. The sentence is set for 3/28/00 at 9:30 a.m. Parties are notified. Deft continued detained. ( Entered by Judge Robert W. Sweet ) (bw) (Entered: 02/18/2000) |
| 02/16/2000 | | ORAL ORDER as to Frank Agyekum , reset Sentencing for 9:30 4/10/00 for Frank Agyekum ( Entered by Judge Robert W. Sweet ) (mb) (Entered: 02/18/2000) |
| 02/17/2000 | 19 | Filed Memo-Endorsement on letter dated 2/15/00 to Judge Sweet from Cheryl Krause, AUSA as to Frank Agyekum. Re: An adjournment of the sentencing until the week of 3/27. Application granted. reset Sentencing for 3/28/00 for Frank Agyekum ( Signed by Judge Robert W. Sweet ); Copies mailed. (mb) (Entered: 02/18/2000) |
| 03/07/2000 | 20 | TRANSCRIPT of record of proceedings before Judge Robert W. Sweet as to Frank Agyekum for date of 9/13/99 9:30 a.m. (bw) (Entered: 03/07/2000) |

| 03/27/2000 | | ORAL ORDER as to Frank Agyekum , Reset Sentencing for 9:30 4/11/00 for Frank Agyekum. Parties are notified. Deft. cont'd on bail as set ( Entered by Judge Robert W. Sweet ) (rag) (Entered: 03/29/2000) |
|---|---|---|
| 04/14/2000 | 21 | Filed Memo-Endorsement on letter to Judge Sweet dtd. 4/7/00 from AUSA Cheryl A. Krause as to Frank Agyekum, The Government's request for a new sentencing date towards the end of June 2000 is granted. ( Signed by Judge Robert W. Sweet ); Copies mailed. (rag) (Entered: 04/17/2000) |
| 05/03/2000 | | ORAL ORDER as to Frank Agyekum , set Sentencing for 9:30 6/12/00 for Frank Agyekum. The parties are notified. Defendant continued on bail as previously set. ( Entered by Judge Robert W. Sweet ) (mr) (Entered: 05/09/2000) |
| 06/07/2000 | | ORAL ORDER as to Frank Agyekum . Sentence is set for 6/22/00 at 9:30 a.m. Parties notified. Defendant continued on bail as set. ( Entered by Judge Robert W. Sweet ) (bw) (Entered: 06/08/2000) |
| 06/08/2000 | 22 | Filed Memo-Endorsement on letter addressed to Judge Sweet from AUSA Cheryl A. Krause, dated 6/5/00, as to deft Frank Agyekum. The Gov't requests an adjournment of the scheduled sentencing in this matter until 6/22/00; Judge "So Ordered" request. ( Signed on 6/6/00 by Judge Robert W. Sweet ); Copies mailed. (bw) (Entered: 06/08/2000) |
| 06/22/2000 | | Sentencing held Frank Agyekum (1) count(s) 1 (rag) (Entered: 06/26/2000) |
| 06/22/2000 | 23 | FILED JUDGMENT IN A CRIMINAL CASE. The defendant Frank Agyekum (1) present with attorney Louis Rosenthal. The defendant pleaded guilty to count one. The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984. It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment |

| | | |
|---|---|---|
| | | are fully paid. The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of 70 months. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 4 years. 1. Refrain from any unlawful use of a controlled substance. Submit to one durg test within 15 days of placement on supervised release, and at least 2 unscheduled drug tests thereafter. 3. Supervision shall be by the district of his residence. The defendant shall not possess a firearm as defined in 18 U.S.C. Section 921. The defendant shall pay a $100.00 assessment which shall be due in full immediately. ; Judgment and Commitment issued to U.S. Marshal ( Signed by Judge Robert W. Sweet ). Docketed as a Judgment #00,1499 on 6/27/00. (rag) Modified on 06/27/2000 (Entered: 06/26/2000) |
| 06/22/2000 | | **Terminated party Frank Agyekum (rag) (Entered: 06/26/2000) |
| 06/22/2000 | | **Case closed as to all defendants: Frank Agyekum (rag) (Entered: 06/26/2000) |
| 07/07/2000 | 25 | NOTICE OF APPEAL by Frank Agyekum Frank Agyekum (1) count(s) 1 CJA granted 6/10/99. (sl) (Entered: 07/28/2000) |
| 07/14/2000 | 24 | AMENDED SENTENCING OPINION # 83495 as to Frank Agyekum. Dft. Agyekum plead guilty on 10/19/99 to distribution and possession with intent to distribute heroin, a class B felony in violation of 21 U.S.C. SS 812, 841 (a) (1) (b). For the reasons set forth below, a sentence of 70 months incarceration will be imposed, to be followed by a four-year term of supervised release. Agyekum will be required to pay a fine, but shall pay the mandatory special assessment of $100.00. This amended sentencing opinion reflects the sentence imposed at the sentencing hearing held on 6/22/00. ( Signed by Judge Robert W. Sweet ) . (mb) (Entered: 07/17/2000) |
| 07/28/2000 | | Notice of Appeal with copy of order/judgment and two copies of docket entries as to Frank Agyekum transmitted |

| | | |
|---|---|---|
| | | to USCA re: [25-1] appeal on 7/28/00 (sl) (Entered: 07/28/2000) |
| 10/10/2000 | | USCA Case Number as to Frank Agyekum Re: [25-1] appeal USCA NUMBER: 00-1534. (dt) (Entered: 10/10/2000) |
| 10/11/2000 | | by Frank Agyekum, $105.00 Appeal filing fee paid 10/11/00 on receipt # E 387008. (dt) (Entered: 10/12/2000) |
| 10/18/2000 | 26 | File notice that the record on appeal as to Frank Agyekum has been certified and transmitted to USCA on 10/17/00 [25-1] appeal. (dt) (Entered: 10/18/2000) |
| 10/25/2000 | | Payment of Fine by Frank Agyekum in the amount of $100.00: Date Received: 10/24/2000. (cde) (Entered: 10/25/2000) |
| 11/13/2000 | 27 | TRANSCRIPT of record of proceedings as to Frank Agyekum for dates of 6/22/00. (cd) (Entered: 11/13/2000) |
| 03/06/2001 | 28 | MANDATE OF USCA (certified copy) as to Frank Agyekum Re: [25-1] appeal (USCA no. 00-1534); On Notice of Motion by USA for Summary Affirmance of Judgment of Conviction, IT IS HEREBY ORDERED that the motion be and it hereby is GRANTED. [Issued as Mandate: 2/26/01] (bw) (Entered: 03/06/2001) |
| 03/06/2001 | | **Procedural Interval start P6 as to Frank Agyekum (1) count(s) 1. [ refer to Mandate, doc.#28 ] (bw) (Entered: 03/06/2001) |
| 03/06/2001 | | **Remove appeal flag - no further appeals pending (bw) (Entered: 03/06/2001) |
| 04/24/2001 | 29 | CJA 23 Financial Affidavit as to Frank Agyekum : ( Signed by Magistrate Judge Andrew J. Peck ) (mr) (Entered: 04/25/2001) |
| 06/26/2001 | | MOTION by Frank Agyekum to vacate under 28 U.S.C. 2255 Refer to 01 civ 5808 (ac) Modified on 07/16/2001 (Entered: 06/27/2001) |

| | | |
|---|---|---|
| 07/13/2001 | 30 | ORDER as to Frank Agyekum, Petitioner Frank Agyekum has filed this action pursuant to 28 USC 2255 for a writ of habeas corpus. I have preliminarily considered the petition and I direct that the respondent file an answer or motion within forty (40) days of the date of this order. The clerk of the court is directed to serve, by certified mail return receipt requested, a copy of this order and the underlying petition on respondent, the US Attorney for the SDNY...So Ordered. ( Signed by Judge Robert W. Sweet ); Copies mailed. See 01 Civ 5808. Mailed out by certified mail #7099 3400 0014 3066 2851 on 7/16/01. Received in the U.S. Attorney's Office by Lisa Ahearn on 7/18/01. (rag) Modified on 07/24/2001 (Entered: 07/16/2001) |
| 08/13/2001 | 31 | Filed Memo-Endorsement on letter dated 08/03/01 from AUSA Cheryl Krause to Judge Sweet as to Frank Agyekum, reset scheduling order deadlines: Response to motion deadline 9/21/01 for USA ; ...So Ordered. ( Signed by Judge Robert W. Sweet ); Copies mailed. (ac) (Entered: 08/14/2001) |
| 10/01/2001 | 32 | Filed Memo-Endorsement on letter dated 9/24/01, as to Frank Agyekum, from: Cheryl A. Krause, AUSA, to: Judge Sweet, re: extending time for the Government to file its response to Frank Agyekum's petition filed under 28 U.S.C., Sec. 2255. The Government requests an adjournment of the filing of its response until 12/10/01 in order to obtain the closed file and prepare its response. SO ORDERED. (Signed by Judge Robert W. Sweet); Copies mailed. (ja) (Entered: 10/01/2001) |
| 11/01/2001 | 33 | Filed Memo-Endorsement on letter to Judge Sweet dated 10/17/01 from Frank Agyekum as to Frank Agyekum, requesting a recommendation for enrollment in the 500 hour drug and alchohol abuse program being hosted by the Federal Bureau of Prisons...I recommend the requested enrollment. ( Signed by Judge Robert W. Sweet ); Copies mailed. (ph) (Entered: 11/01/2001) |
| 12/12/2001 | 34 | Filed Memo-Endorsement on letter to Judge Sweet dated 12/7/01 from Cheryl A. Krause as to Frank Agyekum, requesting an extension of time to 1/31/02 in order to file its |

| | | |
|---|---|---|
| | | response to the defendant, Frank Agyekum's 2255 petition...SO ORDERED. ( Signed by Judge Robert W. Sweet ); Copies mailed. (ph) (Entered: 12/13/2001) |
| 05/20/2002 | 35 | MEMORANDUM OPINION # 86963 as to Frank Agyekum denying [0-1] motion to vacate under 28 U.S.C. 2255 as to Frank Agyekum (1) ( Signed by Judge Robert W. Sweet ); Copies mailed. (ja) (Entered: 05/21/2002) |
| 05/20/2002 | 36 | LETTER filed by USA as to Frank Agyekum, From Cheryl A. Krause, Dated 1/31/01, Addressed to: Judge Sweet, Re: responding to defendant's petition filed under 28 U.S.C., Sec. 2255. In his petition, Agyekum argues that his sentence at the bottom of the 70 to 87 month range to which he stipulated in his plea agreement should be reduced because his former counsel provided him w/ineffective assistance of ocunsel. Specifically Agyekum alleges that he entered his plea and proceeded to sentencing based on erroneous advice that he would receive a sentence lower than the 70-month sentence imposed by the Court. ..., these claims are flatly contradicted by Agyekum's sworn statements at his plea and the express terms of his plea agreement. Accordingly, the petition should be dismissed or in the alternative denied. (ja) (Entered: 05/21/2002) |
| 06/11/2002 | 37 | NOTICE OF APPEAL by Frank Agyekum , Frank Agyekum (1) count(s) 1. , [35-1] order . Copies of notice of appeal mailed to Attorney(s) of Record: A.U.S.A. (I.F.P. REVOKED 5/21/02) ($105.00 APPEAL FILING FEE DUE). (dt) (Entered: 08/15/2002) |
| 08/15/2002 | | Notice of Appeal with copy of order/judgment and two copies of docket entries as to Frank Agyekum transmitted to USCA re: [37-1] appeal on 8/15/02. (dt) (Entered: 08/15/2002) |
| 08/16/2002 | 38 | File notice that the record on appeal as to Frank Agyekum has been certified and transmitted to USCA on 8/16/02 [37-1] appeal. (dt) (Entered: 08/16/2002) |
| 08/16/2002 | | by Frank Agyekum, Indexed record on appeal files sent to the U.S.C.A. (dt) (Entered: 08/16/2002) |

| | | |
|---|---|---|
| 10/01/2002 | 39 | MANDATE OF USCA (certified copy) as to Frank Agyekum Re: [37-1] appeal; USCA no. 02-2513; The Civil Appeal Management Plan of this Court Directs that within ten (10) days after filing a Notice of Appeal, the Appellant shall, inter alia, either pay the docketing fee or move for leave to proceed in forma pauperis, and that in the event of default of this requirement, the Clerk may dismiss the appeal without further notice. The Appellant herein not having so proceeded, upon consideration thereof, it is ordered that the appeal from the order of June 11, 2002 of the U.S.D.C. for the S.D.N.Y. be and it hereby is dismissed. [ Certified: 9/23/02 ] (bw) (Entered: 10/03/2002) |
| 10/01/2002 | | **Procedural Interval start P6 as to Frank Agyekum (1) count(s) 1. [ refer to Mandate, doc.#39 ] (bw) (Entered: 10/03/2002) |
| 10/01/2002 | | **Remove appeal flag - no further appeals pending (bw) (Entered: 10/03/2002) |
| 02/21/2003 | 40 | True Copy of Order from USCA as to Frank Agyekum Re: USCA No. 02-2513; Appellant moves, pro se, for a certificate of appealability, in forma pauperis status and reinstatement of his appeal from the district court order denying his 28 U.S.C. Section 2255 motion. Upon due consideration, it is ORDERED that the motions are denied. The appellant has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. Section 2253(c). [ Certified: 2/13/03 ] (bw) (Entered: 02/21/2003) |
| 05/27/2003 | | Indexed record on appeal files (02-2513) returned by the USCA. Appeal by Frank Agyekum (pr) (Entered: 05/27/2003) |
| 11/16/2004 | ●41 | TRANSFER OUT SUPERVISED RELEASE DOCUMENTS SENT as to Frank Agyekum to the U.S.D.C. District of Massachusetts. The following documents were mailed: Copy of the Transfer of Jurisdiction Form, certified copy of the indictment/information, certified copy of the docket sheet, and letter of acknowledgment. Mailed via Federal Express AIRBILL # 846736645186 on 11/16/04. (jw, ) (Entered: |

| | | 11/19/2004) |
|---|---|---|