

# MEMORANDUM

**To:**      The Honorable F. Dennis Saylor, IV  U.S. District Judge

**From:**   Tracy J. Weisberg, U.S. Probation Officer Assistant

**Re:**      AGYEKUM, Frank   Docket No. 4:04-CR-40025

**Date:**    January 11, 2008

---

On June 22, 2000, Mr. Agyekum appeared before the Honorable Robert W. Sweet, U.S. District Judge for the Southern District of New York, after having pled guilty to Distribution and Possession with Intent to Distribute Heroin. He was sentenced to 70 months custody to be followed by 4 years supervised release.  On July 9, 2004, Mr. Agyekum was released from Federal custody and established residency in the District of Massachusetts. On October 29, 2004, jurisdiction was accepted in the District of Massachusetts and the case was assigned to Your Honor.

Since his release from custody, Mr. Agyekum has remained fully compliant with all aspects of supervision. All urine screens taken to date have been returned with negative results. He continues to submit his Monthly Supervision Report in a timely fashion and reports as directed on a consistent basis.

Mr. Agyekum has expressed a desire to travel to Ghana to visit with family.  Mr. Agyekum would like to leave on January 20, 2008, if Your Honor approves, and return on April 15, 2008.  Mr. Agyekum was waiting to obtain his passport before making the arrangements and has apologized for such short notice.

We respectfully request the Court's permission in allowing Mr. Agyekum's travel to Ghana. Mr. Ghana has traveled out of the country in the past with no problems. Due to his overall compliance he was placed into the low intensity case load on March 14, 2007, and our office has no objections to this request.

If Your Honor concurs, please sign below

_____
The Honorable F. Dennis Saylor, IV
U.S. District Judge

Date: _1 · 15 · 2008_

Reviewed & Approved by:

_____
Joseph F. LaFratta
Supervising U.S. Probation Officer